

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,274-01

### EX PARTE COY CALVIN REEVES, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. DC-F201800605-A IN THE 413TH DISTRICT COURT FROM JOHNSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three counts of attempted aggravated kidnapping. In counts one and two, he was sentenced to twelve years' imprisonment, and in count three, he was placed on probation for ten years. He did not appeal his convictions.

Applicant's claims relating to counts one and two are denied. His claims relating to count three are dismissed. *See Ex parte Renier*, 734 S.W.2d 349, 351 (Tex. Crim. App. 1987). Accordingly, this application is denied in part and dismissed in part.

Filed: September 11, 2019
Do not publish